UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE WALKER,
8702 BINGHAMPTON PLACE
UPPER MARLBORO, MD 20772

       Plaintiff,

       v.                            Civil Action No: _____

MCDONALD CORP., INC.,
Serve:  Prentice Hall Corp. System
        1090 Vermont Avenue, NW
        Washington, DC 20005

      and

MS. CASH (first name unknown)
2228 New York Avenue, NE
Washington, DC 20002

      and

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, NW
Washington, DC 20004

      and

JOHN DOE (POLICE OFFICER)
1805 Bladensburg Road
Washington, DC 20002

      and

JANE DOE (POLICE OFFICER)
1805 Bladensburg Road
Washington, DC 20002

       Defendants.

_____

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (Civil Action No. 05-2396), that was accepted for filing on March 29, 2005.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 31 through 37, the Amended Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/
DANA K. DELORENZO [468306]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6615
(202) 727-6014 (fax)
Email: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this __15th__ day of November, 2005, to:

Sherman Robinson, Esq.
P.O. Box 33
Simpsonville, MD 21150
*Counsel for Plaintiff*

Thomas Dempsey, Esq.
10555 Main Street, #300
Fairfax, VA 22030
*Counsel for Defendant McDonald Corp.*

/s/ _____
DANA K. DELORENZO
Assistant Attorney General