IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

WILLIE WALKER

      Plaintiff

v.                                    05ca2396
                                      Calendar 9

McDONALD'S CORPORATION, ET AL.    :    Judge Blackburne-Rigsby
                                                ISC: 7/1/05

      Defendants

FILED CIVIL ACTIONS BRANCH MAY 1 8 2005 Superior Court of the District of Columbia Washington, D.C.

### AFFIDAVIT FOR RETURN OF SERVICE

I.    I, Sherman Robinson, am over 18 years of age, and am not a party to this lawsuit.

II.   On Friday May 6, 2005, I served the Agent for McDonald's Corporation, Prentice Hall, whose office is located at 1090 Vermont Avenue NW, Washington DC, with a copy of the Summons, Complaint and Scheduling Order in the above-captioned matter.

III.  On Friday May 6, 2005, I served the Office of the Mayor of the District of Columbia, at 14th and Pennsylvania Avenue NW with a copy of the Summons, Scheduling Order and Complaint in the above-captioned matter.

IV.  On Friday May 6, 2005, I served the Office of the Attorney General, 441 Fourth Street NW, Washington DC with a copy of the Summons, Complaint and Scheduling Order in the above-captioned matter.

                                                            Sherman Robinson

Subscribed to and sworn to before me a Notary Public on this 18th day of May 2005.

My Commission expires _____

                        Jeanette Long
                        Notary Public District of Columbia
                        My Commission Expires
                        October 31, 2008

