## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WILLIE WALKER                                :

      v.   Plaintiff                            :   Civil Action No. 05ca2396
                                                  :   Calendar 9
                                                  :   Judge Blackburne-Rigsby

MCDONALD CORP, et al                   :

        Defendants                            :

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO EFFECTUATE SERVICE ON DEFENDANT CASH

Upon consideration of Plaintiffs' Motion for an Extension of Time in Which to Effectuate Service on Defendant Cash, and the record herein, it is this 15 day of August_____;

ORDERED:   That plaintiff's motion shall be and the same is granted;

FURTHER ORDERED:   That plaintiff be granted days 60 days from the date of this Order to effectuate service on Defendant Cash.

                                                               _____
                                                                           JUDGE
                                                             District of Columbia Superior Court

~~Sherman Robinson, Esquire~~
P.O. Box 33
Simpsonville, Md  21150

Thomas Dempsey, Esquire
10555 Main Street #300
Fairfax, Virginia 22030

Niquelle Allen, Esquire
Assistant Attorney General
441 Fourth Street NW
Washington DC 2001

