# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WILLIE WALKER

    v.  Plaintiff

MCDONALD CORP, et al

    Defendant

Civil Action No. 05ca2396
Calendar 9
Judge Blackburne-Rigsby

2005 OCT -3 P 3:

## ORDER

Upon consideration of Plaintiff's motion to amend the complaint, the Memorandum of Points and Authorities filed in support thereof, and the record herein, it is this 26th day of September,

ORDERED:    That Plaintiff's motion of granted; and it is,

FURTHER ORDERED:    That the Amended Complaint shall be deemed filed, and it is

FURTHER ORDERED:    That Plaintiff be granted 30 days from the date of this order to effectuate service, and it is

FURTHER ORDERED:    That this matter be scheduled for an Initial Scheduling Conference on Nov. 18th 2005

*The District of Columbia consents to this motion*

A. Blackburne-Rigsby
JUDGE

Sherman Robinson
P. O. Box 33
Simpsonville, Md 21150\\

Thomas Dempsey, Esquire
10555 Main Street, #300
Fairfax, Virginia 22030

Niquelle M. Allen, Esquire
Assistant Attorney General
441 Fourth Street NW
Washington DC, 2001

MAILED From Chambers  SEP 29 2005

DOCKETED In Chambers  SEP 29 2005