UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE WALKER             *

    Plaintiff,            *

v.                        *   Case No.:  1:05cv02213
                                                                  Judge: RB Walton

MCDONALD'S RESTAURANTS OF     *
THE DISTRICT OF COLUMBIA, INC.,
et al.                    *

    Defendants.

## ANSWER TO DEFENDANT DISTRICT OF COLUMBIA'S CROSS-CLAIM

The Defendant, McDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC., by and through Counsel, and in response to Defendant District of Columbia's Cross-Claim, respectfully submits the following[1]:

1.    The allegations contained in Paragraph 1 of the Cross-Claim are conclusions of law of the Cross-Plaintiff District of Columbia and its counsel and therefore require no answer. If an answer is required, the allegations are denied.

2.    The allegations contained in Paragraph 2 of the Cross-Claim are admitted.

3.    The allegations contained in Paragraph 3 of the Cross-Claim are denied and therefore demand strict proof thereof.

4.    The allegations contained in Paragraph 4 of the Cross-Claim are conclusions of law of the Cross-Plaintiff District of Columbia and its counsel and therefore require no answer. If an answer is required, the allegations are denied.

ANY allegations not specifically admitted are hereby denied.

This Cross-Defendant may rely upon all defenses provided by Code 42 USC 1983. Further, the Cross-Defendant's maintain that the Cross-Plaintiff's have failed to state a cause of

---

[1] Cross-Plaintiff styles the case naming Defendant McDonald's Corporation, Inc. The Amended Complaint filed by the Plaintiff in the matter, names McDonald's of the District of Columbia rather than McDonald's Corporation, Inc. As the present pleading is a cross-claim, the named Defendant McDonald's of the District of Columbia provides the foregoing response.

action, that the present Complaint is insufficient, as a matter of law, to state a claim for relief under 42 USC 1983, and that the Cross-Plaintiff's have failed to exhaust their state and/or procedural remedies.  The Cross-Defendant's also intend to assert the following defenses: Improperly named parties, inapplicability of Respondeat Superior, lack of jurisdiction, limitations of actions, Plaintiffs' sole and/or contributory negligence, action of a Third Party, Failure to Mitigate Damages, good faith, lack of tangible right or privilege and all other affirmative defenses that may arise during the course of discovery in this matter.

WHEREOFRE, having fully answered the Defendant/Cross-Defendant McDonald's Restaurants Of The District Of Columbia, Inc., prays that this cause of action be dismissed as against it and its costs on its behalf expended.

> Respectfully submitted,
>
> McDONALD'S RESTAURANTS OF THE
> DISTRICT OF COLUMBIA, INC.
> By Counsel

_____
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Cross-Defendant McDonald's Restaurants
         of the District of Columbia, Inc.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid, on this _____ day of November, 2005, to:

Mr. Sherman Robinson Esq.
5335 Wisconsin Avenue, NW, #440
Washington, DC 20015
Counsel for Plaintiff

Dana K. Delorenzo
Assistant Attorney General
441 4th Street, N.W.  600 S
Washington, D.C.  20001
Counsel for the District of Columbia

_____
Thomas E. Dempsey