UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>MCDONALD'S RESTAURANTS )<br>OF THE DISTRICT OF COLUMBIA )<br>INC., *et al*., )<br>)<br>            Defendants. )<br>_____) | Civil Action No. 05cv2213 (RBW) |

### DEFENDANT DISTRICT OF COLUMBIA'S AMENDED[1] CROSS-CLAIM AGAINST CO-DEFENDANTS MCDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC. AND MS. CASH

Defendant District of Columbia, by and through counsel, files this cross-claim against co-defendants McDonald's Restaurants of the District of Columbia, Inc. and Ms. Cash. (collectively, "cross-defendants") alleging that:

1.      This cross-claim is brought pursuant to SCR-Civil Rule 13 in that the claim stated arises out of the occurrence which is the subject matter of the plaintiff's Amended Complaint.

2.      The plaintiff filed a lawsuit seeking compensatory damages for personal injuries allegedly sustained as a result of an alleged assault, battery, and detainment of the plaintiff that allegedly occurred on April 1, 2004.

3.      If plaintiff was injured or damaged as alleged in the Amended Complaint, those injuries and damages were solely and primarily the result of acts of omission or commission by

---

[1] In the District of Columbia's Answer to the Amended Complaint, it included a cross-claim against McDonald's Corporation, Inc., who was originally named as a party in the original complaint. Undersigned counsel just learned that the Plaintiff changed the party designation of McDonald's in the Amended Complaint from McDonald's Corporation, Inc. to McDonald's Restaurants of the District of Columbia, Inc. Although McDonald's Restaurants of the District of Columbia, Inc. answered the District's cross-claim against McDonald's Corporation, Inc., the District, out of an abundance of caution, files the instant Amended Cross-Claim against McDonald's Restaurants of the District of Columbia, Inc. and Ms. Cash.

co-defendants constituting negligence or intentional violations of plaintiff's common law and constitutional rights.

  4. In the event that plaintiffs obtain a judgment against defendant District of Columbia, then cross-defendants are liable for contribution to defendant District of Columbia in the amount of the recovery, as defendant District of Columbia has in no way caused or contributed to the occurrence alleged by plaintiff in their Amended Complaint.

  WHEREFORE, defendant District of Columbia demands indemnification and/or contribution from cross-defendants toward all sums that may be adjudged against defendant District of Columbia in favor of plaintiffs.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          */s/ Holly M. Johnson /s/*
          HOLLY M. JOHNSON [476331]
          Section Chief
          General Litigation Section III

          */s/ Dana K. DeLorenzo /s/*
          Dana K. DeLorenzo [468306]
          Assistant Attorney General
          441 4th Street, N.W., 6S61
          Washington, D.C. 20001
          (202) 724-6515
          (202) 727-3625 (fax)
          Dana.delorenzo@dc.gov