UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
WILLIE WALKER,                      )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    Civil Action No. 05-2213 (RBW)
                                    )
MCDONALD'S CORPORATION, et al.,     )
                                    )
         Defendants.                )
                                    )
_____)

**SCHEDULING ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on February 17, 2006, it is hereby

**ORDERED** that initial disclosures shall be made by March 17, 2006. It is further

**ORDERED** that any amendment of the pleadings or joinder of additional parties shall occur by April 14, 2006. It is further

**ORDERED** that written discovery requests and witness lists shall be served by June 19, 2006. It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by June 19, 2006. It is further

**ORDERED** that the defendants' expert disclosures under Rule 26(a)(2) shall be served by July 17, 2006. It is further

**ORDERED** that all discovery in this matter shall close on August 18, 2006. It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions commencing on August 21, 2006, and concluding on October 20, 2006. It is further

**ORDERED** that a status conference in this matter shall be held on October 20, 2006, at 9:00 a.m., at which time a briefing schedule will be issued for the filing of dispositive motions if the parties have not reached a settlement agreement.

**SO ORDERED** this 17th day of February, 2006.

REGGIE B. WALTON
United States District Judge