UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER | * |
|     Plaintiff, | * |
| |    Civil Action No.: 1:05CV02213 |
| v. | *   Judge RB Walton |
| | |
| McDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC., et al.. | * |
| | * |
|     Defendants. | |

### DEFENDANT'S 26(a)(1) DISCLOSURES

The Defendant, McDONALD'S RESTAURANT'S OF THE DISTRICT OF COLUMBIA, INC., by and through Counsel, hereby submits its 26(a)(1) Disclosures pursuant to this Court's scheduling order and F.R.C.P. as follows:

    A.    **Name, address and telephone number of witnesses.**

    1.    Willie Walker, Plaintiff;

    2.    Joscolyn Cash, Shift Manager, Furr Inc., 2228 New York Ave., NE, Washington, D.C., defendant and employee of McDonald's Restaurant's of the District of Columbia;

    3.    Metropolitan Police Officers, Jane Doe and John Doe of the 5th District;

    4.    David Rardin, President; Rardin Enterprises, 8017 Dorsey Run Road Suite A-2 Jessup, MD 20794;

    5.    Steve Reese, Director of Operations, Rardin Enterprises, 8017 Dorsey Run Road Suite A-2 Jessup, MD 20794,

    5.    All witnesses listed by the plaintiff or co-defendant.

    B.    **Copy of documents in defendants' possessions.**

This defense counsel does not have a complete file on this and may still supplement this response.

  C. **Computation of damages.**

Not applicable

  D. **Insurance agreement.**

Policy number: YYC-Z91-965382-033  Eff.: 10/1/2003-10/1/2004

UM– Coverage Limits: $100,000.00

            Respectfully submitted,

            McDONALD'S RESTAURANT'S OF THE
            DISTRICT OF COLUMBIA
            By Counsel

LAW OFFICES OF CHRISTOPHER R. COSTABILE


/s/ Thomas E. Dempsey
Thomas E. Dempsey, Esquire
Virginia Bar No. 37570
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was e-filed this 20th day of March, 2006:

Sherman Robinson, Esq.
5335 Wisconsin Avenue, NW, #440
Washington, D.C.  20015

Dana K. Delorenzo, Esq.
Assistant Attorney General
441 4th St., N.W. 6S61
Washington, D.C.  20001

            /s/ Thomas E. Dempsey   /s/
            Thomas E. Dempsey