UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER | * |
| Plaintiff, | * |
| | *    Case No.:  1:05cv02213 (RBW) |
| v. | * |
| MCDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC., et al. | * |
| | * |
| Defendants. | |

_____

**PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

Pursuant to Fed. R Civ. P. 15, Plaintiff requests leave of court to amend the complaint to substitute the John and Jane Doe Defendants to Gary Walker and Holly Paige, respectively, who are Metropolitan Police Officers. The request is consistent with the intent and purposes of Rule 15 which provides that leave shall be freely given when justice so requires. Consent to the instant motion to amend the complaint was granted by all Defendants on February 17, 2006.

WHEREFORE, Plaintiff requests that his motion to amend the complaint be granted and that the Amended Complaint, attached hereto, be accepted for filing.

Respectfully submitted,

\_\_\_/s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/(301)596-4999

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE WALKER | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05cv02213 (RBW) |
| | * | |
| MCDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC., et al. | * | |
| | * | |
| Defendants. | | |

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

1. Fed. R. Civ. P. 15

2. Consent of opposing parties

3. Inherent authority of the court


    /s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW
Washington DC, 20015  #440
(202)686-4858/(301)596-4999

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER | * |
| Plaintiff, | * |
| v. | *   Case No.:  1:05cv02213 (RBW) |
| | * |
| MCDONALD'S RESTAURANTS OF THE DISTRICT OF COLUMBIA, INC., et al. | * |
| | * |
| Defendants. | |

_____

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend the Complaint, and the record herein, it is this _____ day of _____;

ORDERED:   That Plaintiff's consent motion is granted, and it is:

FURTHER ORDERED:   That Plaintiff's Amended Complaint shall be deemed filed.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

Sherman Robinson, Esquire
5335 Wisconsin Avenue NW  #440
Washington DC 20015

Dana K. DeLorenzo, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor-South Entrance
Washington DC, 20001

Thomas E. Dempsey, Esquire
10555 Main Street
Suite 300
Fairfax, Virginia
22030