### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER<br>8702 BINGHAMPTON LACE<br>UPPER MARLBORO, MD 20772<br>    Plaintiff<br>  v.<br>McDONALD'S RESTAURANT. OF THE DISTRICT OF COLUMBIA, INC #02943<br><br>  and<br><br>DISTRICT OF COLUMBIA<br>1350 Pennsylvania Avenue NW<br>WASHINGTON DC, 20004<br>  and<br><br>GARY WALKER<br>1805 BLADENSBURG RD. NE<br>WASHINGTON DC 20002<br>  and<br><br>HOLLY PAIGE<br>1805 BLADENSBURG RD NE<br>WASHINGTON DC 20002<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 1:05cv02213 (RBW)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(c), Plaintiff requests leave of court to amend the complaint to substitute the designation of Defendant, McDonald's Restaurant of the District of Columbia, Inc., to Rardin Enterprises, LLC, the operator of the subject franchise, at all times relevant.

For those reasons more fully articulated in the Memorandum of Points and Authorities filed herein, Plaintiff requests that his motion be granted.

Respectfully submitted,

_____
Sherman Robinson 956128
5535 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/(301)596-4999

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Consent Motion to Amend the Complaint was mailed, postage prepaid, on this 13th day of May to:

Thomas Dempsey, Esquire
10555 Main Street  # 400
Fairfax, Va., 22030

Dana K. Lorenzo, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor/South Entrance
Washington DC, 20001

_____
Sherman Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER  : | |
| 8702 BINGHAMPTON LACE  : | |
| UPPER MARLBORO, MD  : | |
| 20772  : | |
|     Plaintiff  : | |
|   v.  : | |
| McDONALD'S RESTAURANT. OF  : | |
| THE DISTRICT OF COLUMBIA, INC  : | |
| #02943  : | |
|   and  : | |
| : | CIVIL ACTION NO. 1:05cv02213 (RBW) |
| DISTRICT OF COLUMBIA  : | |
| 1350 Pennsylvania Avenue NW  : | |
| WASHINGTON DC, 20004  : | |
|   and  : | |
| GARY WALKER  : | |
| 1805 BLADENSBURG RD. NE  : | |
| WASHINGTON DC 20002  : | |
|   and  : | |
| HOLLY PAIGE  : | |
| 1805 BLADENSBURG RD NE  : | |
| WASHINGTON DC 20002  : | |
|   Defendants | |

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

FACTS

    The instant action involves an April 1, 2004 claim where Plaintiff was allegedly falsely imprisoned at the McDonald's Restaurant until police officers arrived who thereafter allegedly assaulted him.

    On September 26, 2005, Plaintiff amended his complaint to substitute the McDonald's Restaurant of the District of Columbia for the original named McDonald's Corporation. On November 15, 2005, the District of Columbia removed this controversy to this court designating the McDonald's Corporation as the Defendant. The District also filed

3

a cross-claim with the same designation. On November 30, 2005, Plaintiff amended his complaint designating McDonald's Restaurant for the District of Columbia as the defendant with the good faith belief that this Defendant was the owner and operator of the subject restaurant at all times relevant. On April 18, 2006, Plaintiff's motion to amend the complaint to substitute the names of Gary Walker and Holly Paige for John Doe and Jane Doe, respectively, was granted. Near the beginning of May 2006, counsel for McDonald's advised undersigned counsel that Rardin Enterprises, LLC (Rardin), was the owner and operator of the subject restaurant at all times relevant. This recent disclosure has prompted the need for court approval of the instant request to amend the complaint designating Rardin, as a defendant in place of McDonald's.

## ARGUMENT

Plaintiff's request to amend the complaint to correct the name of Defendant to Rardin, is intended to correct a misnomer in the complaint. "A misnomer is involved when the correct party was served so that the party before the court is the one plaintiff intended to sue, but the name or description of the party in the complaint is deficient in some respect." Prittchett v Stillwell, 604 A2d 886, 888 (D.C. 1992). C. WRIGHT, A. MILLER, & M. KANE, § 1498, at 130 (1990).

At all times relevant, the subject restaurant, nationally known as McDonald's, was operated under a franchise agreement, in which the owner was Rardin Enterprises, LLC, (Rardin) located at 8955 Henckels Lane, Suite 503, Annapolis Junction, Md., 20701.

Although it is being requested that Rardin be brought in to this lawsuit after the one-year statute of limitation has expired, the date in which the complaint is filed should relate back to such time that the original complaint was filed since Rardin received actual notice of the circumstances giving rise to Plaintiff's cause of action in April 2004 through its agents, servants and employees who were managing and operating the subject restaurant. Moreover, Rardin has had adequate notice of the progression of this litigation since originally filed as well as cross claims, and, therefore, would not be prejudiced by being named or substituted as a defendant. Thomas Dempsey, Esquire, who has represented the interest of McDonald's since the complaint was filed will remain as counsel for Rardin.

## CONCLUSION

Wherefore, Plaintiff requests that his motion to amend the complaint be granted. Should this request be granted, Plaintiff will dismiss, *without prejudice*, his claims against McDonald's Restaurant, McDonald's Corporation, and McDonald's Restaurant #02943. A copy of the Amended Complaint is attached hereto.

          Respectfully submitted,

          _____
          Sherman Robinson
          5535 Wisconsin Avenue NW #440
          Washington DC, 20015
          (202)686-4858/(301)596-4999

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER : | |
| 8702 BINGHAMPTON LACE : | |
| UPPER MARLBORO, MD : | |
| 20772 : | |
|       Plaintiff : | CIVIL ACTION NO. 1:05cv02213 (RBW) |
|    v. : | |
| McDONALD'S RESTAURANT. OF : | |
| THE DISTRICT OF COLUMBIA, INC : | |
| #02943, et al. : | |
| : | |
|       Defendants : | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Amend the Complaint, the Memorandum of Points and Authorities filed in support thereof, and the record herein, it is this _____ day of _____ ;

    ORDERED:     That Plaintiff's motion is granted; and it is,

    FURTHER ORDERED:     That the Amended Complaint shall be deemed filed.


_____
UNITED STATES DISTRICT JUDGE

Sherman Robinson, Esquire
5335 Wisconsin Avenue #440
Washington DC, 20015

Thomas Dempsey, Esquire
10555 Main Street # 400
Fairfax, Va., 22030

Dana K. Lorenzo, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor/South Entrance
Washington DC, 20001