**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIE WALKER,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05cv2213 (RBW) |
| ) | |
| **RARDEN ENTERPRISES, LLC** ) | |
| **8955 HENCKELS LANE # 503** ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** ) | |
| ) | |
|       **et al.,** ) | |
| ) | |
|       **Defendants.** ) | |
| ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Now comes the defendant, the District of Columbia, by and through undersigned counsel, and moves this Honorable Court to enter the attached protective order, which requires that any document or information released to the plaintiff which contains confidential personnel information of the parties (*i.e.,* District employees) or personal information of third parties, be used for the purposes of this litigation only, that all copies of such documents be returned to counsel for the District after disposition of this matter, that the parties be restrained from disclosing or disseminating the contents of said confidential information as described herein, and that the personal information (other than name) of any non-party witness be redacted from the documents. A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, are attached hereto.

Undersigned counsel received the consent of the plaintiff and defendant Rarden Enterprises, L.L.C. to the relief requested herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIE WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 05cv2213 (RBW) |
| ) | |
| **RARDEN ENTERPRISES, LLC** ) | |
| **8955 HENCKELS LANE # 503** ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** ) | |
| ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER

Now comes the District of Columbia ("the District"), by and through undersigned counsel, and moves this Honorable Court to enter a protective order restricting the use of documents produced by the District pursuant to discovery requests. In support of this Motion, the District states as follows:

The parties have commenced discovery. The District is working to respond to the other parties' discovery requests. Some of these requested documents include information contained in District employees' personnel file (or other sensitive information about District employees), or contained personal information about third-party non-employees. As these documents may contain confidential personnel and personal information about these individuals, the District would request that the Court issue the attached protective order before the documents are produced.

*Argument*

D.C. Code § 1-631.03 (2001) provides that personnel information within the possession or custody of the District is protected from disclosure absent certain circumstances. The District requests that certain restrictions be placed upon the use and dissemination of any such information obtained herein. Therefore, the District requests that the Court issue a Protective Order that:

1) mandates that any documents produced and/or released by the District shall be used for this litigation only;

2) requires that the personal information of non-party witnesses, *i.e.,* social security numbers, dates of birth, phone numbers and addresses shall be redacted from the documents to be produced;

3) requires that all copies of the documents produced shall be returned to the District's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4) restrains the parties, counsel, staff, experts and/or agents from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5) the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

Wherefore, the District respectfully requests that the Court issue the attached protective order.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05cv2213 (RBW) |
| ) | |
| **RARDEN ENTERPRISES, LLC** ) | |
| **8955 HENCKELS LANE # 503** ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** ) | |
| ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER GRANTING DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER

Upon consideration of the District's Consent Motion for a Protective Order and the record herein, it is by the Court this _____ day of _____, 2006,

**ORDERED** that the Motion for a Protective Order is GRANTED. It is

**FURTHER ORDERED** that the following restrictions shall be placed on the documents released by the District pursuant to discovery requests:

1) mandates that any documents produced and/or released by the District shall be used for this litigation only;

2) requires that the personal information of non-party witnesses, *i.e.,* social security numbers, dates of birth, phone numbers and addresses shall be redacted from the documents to be produced;

3) requires that all copies of the documents produced shall be returned to the District's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4) restrains the parties, counsel, staff, experts and/or agents from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5) the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality.  All papers filed or presented in Court that embody the protected documents shall be under seal.

_____
Judge Walton