UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

WILLIE WALKER, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05cv2213 (RBW)
)
RARDEN ENTERPRISES, LLC )
8955 HENCKELS LANE # 503 )
ANNAPOLIS JUNCTION, MD 20701, )
)
    et al., )
)
    Defendants. )
_____)

### ORDER GRANTING DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER

Upon consideration of the District's Consent Motion for a Protective Order and the record herein, it is by the Court this 12th day of June, 2006,

**ORDERED** that the Motion for a Protective Order is GRANTED. It is

**FURTHER ORDERED** that the following restrictions shall be placed on the documents released by the District pursuant to discovery requests:

1) mandates that any documents produced and/or released by the District shall be used for this litigation only;

2) requires that the personal information of non-party witnesses, *i.e.,* social security numbers, dates of birth, phone numbers and addresses shall be redacted from the documents to be produced;

3) requires that all copies of the documents produced shall be returned to the District's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4) restrains the parties, counsel, staff, experts and/or agents from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5) the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

_____
Judge Walton

June 12, 2006