UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>RARDEN ENTERPRISES, LLC )<br>8955 HENCKELS LANE # 503 )<br>ANNAPOLIS JUNCTION, MD 20701, )<br>)<br>　　　　et al., )<br>)<br>　　　　Defendants. )<br>_____)  | Civil Action No. 05cv2213 (RBW) |

### DEFENDANT DISTRICT OF COLUMBIA'S AND DEFENDANT HOLLY PAIGE'S WITNESS LIST[1]

Defendants, District of Columbia and Officer Holly Paige, by and through counsel, pursuant to the Scheduling Order entered herein, lists the following witnesses:

1. The plaintiff

2. Officer Holly Paige

3. Officer Gary Walker

4. Joscelyn Cash

5. The individual identified as "Quintella" on the 911 call.

6. Any witnesses identified in the Fourth Amended Complaint or in the plaintiffs' Answers to Interrogatories propounded by the District of Columbia or any other Defendant.

7. Any witnesses identified in the co-defendant's Answers to the Fourth Amended Complaint or Answers to Interrogatories propounded by the District of Columbia or any other party.

8. Any treating physicians or other medical professionals identified in plaintiff's Answers to Interrogatories propounded by the District of Columbia or in any medical records produced

---

[1] Upon information and belief, defendant Officer Gary Walker has not been served nor has he requested representation from the Office of the Attorney General.

    by plaintiff.

9. All witnesses listed by the plaintiff or the co-defendant and not objected to by the District of Columbia.

10. All records custodians.

11. Experts according to scheduling order.

12. Representative(s) from the Metropolitan Police Department to testify about policies and procedures.

13. Any Metropolitan Police Department officer in the vicinity of the accident described in the Fourth Amended Complaint.

    The District of Columbia also reserves the right to amend and/or supplement this list with the names of people now unknown, but whose identities become known during discovery or people identified but unable to be located prior to the filing of this list.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Holly M. Johnson /s/*
    HOLLY M. JOHNSON [476331]
    Section Chief
    General Litigation Section III

    */s/ Dana K. DeLorenzo /s/*
    Dana K. DeLorenzo [468306]
    Assistant Attorney General
    441 4th Street, N.W., 6S61
    Washington, D.C. 20001
    (202) 724-6515
    (202) 727-3625 (fax)
    Dana.delorenzo@dc.gov