## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIE WALKER                              *

     Plaintiff,                             *

                                                  Civil Action No.: 1:05CV02213

v.                                         *   Judge RB Walton

RARDiN ENTERPRISES, LLC., et al.,          *

     Defendants.                            *

### DEFENDANT RARDIN ENTERPRISES WITNESS LIST

The Defendant, Rardin Enterprises, LLC., by and through Counsel, hereby submits its

Witness List pursuant to this Court's scheduling order as follows:

    **A.**    **Name, address and telephone number of witnesses.**

    1.    Willie Walker, Plaintiff;

    2.    Joscolyn Cash, Shift Manager, Furr Inc., 2228 New York Ave., NE, Washington,

D.C., defendant;

    3.    Metropolitan Police Officer, Holly Paige;

    4.    Metropolitan Police Officer, Gary Walker;

    5.    David Rardin, President; Rardin Enterprises, 8017 Dorsey Run Road Suite A-2

Jessup, MD 20794;

    6.    Steve Reese, Director of Operations, Rardin Enterprises, 8017 Dorsey Run Road

Suite A-2 Jessup, MD 20794,

    7.    Any witness identified in the Fourth Amended Complaint or in the plaintiff's

answers to interrogatories propounded by any defendant in this action;

    8.    Any witness identified in the co-defendants' Answers to the Fourth Amended

Complaint or in the co-defendants' answers to interrogatories propounded by any party

    9.    Any treating physician or other medical provider identified in plaintiff's or co-

defendants' Answers to discovery propounded by any party or in any medical record produced

by the plaintiff or co-defendants

      10.     All witnesses listed by the plaintiff or the co-defendants and not objected to by

this defendant.

      11.     All records custodians

      12.     Experts according to the scheduling order

      Defendant Rardin Enterprises reserves the right to amend and/or supplement this list with

the names of people now unknown, but whose identities become known during discovery or

people identified but unable to be located prior to the filing of this list.

<br>

                                    Respectfully submitted,

                                      RARDIN ENTERPRISES LLC.
                                      By Counsel

LAW OFFICES OF CHRISTOPHER R. COSTABILE

<br>

/s/ Thomas E. Dempsey
Thomas E. Dempsey, Esquire
Virginia Bar No. 37570
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was e-filed this 20th day of March,
2006:

    Sherman Robinson, Esq.
    5335 Wisconsin Avenue, NW, #440
    Washington, D.C.  20015

Dana K. Delorenzo, Esq.
Assistant Attorney General
441 4th St., N.W. 6S61
Washington, D.C.  20001

/s/ Thomas E. Dempsey  /s/
Thomas E. Dempsey