## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05cv2213 (RBW)** |
| | ) | |
| **RARDEN ENTERPRISES, LLC** | ) | |
| **8955 HENCKELS LANE # 503** | ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** | ) | |
| | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT OFFICER GARY WALKER'S CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT

Defendant, Officer Gary Walker, by and through undersigned counsel, herein submits the following motion to extend time to file a response to the Fourth Amended Complaint. Officer Walker requests that he be permitted to file this response by September 15, 2006. A memorandum of points and authorities and a proposed order is also attached hereto.

Pursuant to LCvR 7.1, on August 25, 2006, undersigned counsel attempted to obtain the consent of all of the parties to the relief requested herein via email. On August 25, 2006, counsel for Rarden Enterprises, LLC, Thomas Dempsey, Esq., indicated that he consented to the relief requested herein. On August 28, 2006, undersigned counsel spoke to Sherman Robinson, Esq., counsel for the plaintiff, who indicated that he also consented to the relief requested herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05cv2213 (RBW)** |
| | ) | |
| **RARDEN ENTERPRISES, LLC** | ) | |
| **8955 HENCKELS LANE # 503** | ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** | ) | |
| | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
|  | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OFFICER GARY WALKER'S CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT

Defendant, Gary Walker, by and through undersigned counsel, hereby submits the following memorandum in support of his motion to extend time to file a response to the Fourth Amended Complaint. In support of this motion, the defendant states herein:

1. On April 19, 2006, the Fourth Amended Complaint was filed. The Fourth Amended Complaint named Officer Gary Walker as a defendant.

2. Upon information and belief, defendant Officer Gary Walker was subsequently served.

3. Officer Walker recently requested representation from the Office of the Attorney General.

4. Undersigned counsel met with Officer Walker and would like an opportunity to prepare a Response to the Fourth Amended Complaint.[1]

---

[1] Undersigned counsel also represents the District of Columbia and Officer Holly Paige. Their respective Answers to the Fourth Amended Complaint have already been filed.

5.      Undersigned counsel requests that Officer Walker be given until September 15, 2006, to file a response.

6.      Both parties consent to the relief requested herein.  Additionally, none of the parties will be prejudiced by this brief delay, particularly since the Court recently expanded the discovery deadlines in this case.

WHEREFORE defendant Officer Walker respectfully requests that the Court grant the relief sought herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

/s/ Dana K. DeLorenzo /s/
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

Case 1:05-cv-02213-RBW    Document 25    Filed 08/28/2006    Page 5 of 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05cv2213 (RBW)** |
| | ) | |
| **RARDEN ENTERPRISES, LLC** | ) | |
| **8955 HENCKELS LANE # 503** | ) | |
| **ANNAPOLIS JUNCTION, MD 20701,** | ) | |
| | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER GRANTING OFFICER GARY WALKER'S CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT

Based on the defendant's motion and the facts and law considered, it is this _____ day of August 2006,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Officer Walker shall file a response to the Fourth Amended Complaint no later than September 15, 2006.

_____
Judge Walton
United States District Court