UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT FOR DC

WILLIE WALKER                              *

    Plaintiff,                           *

v.                                         *   Case No.: 05cv2213
                                               Judge Kay

RARDIN ENTERPRISES, LLC, et al.            *

    Defendants.                         *

### DEFENDANT RARDIN ENTERPRISES, LLC, ANSWERS TO DEFENDANT OFFICER GARY WALKER'S CROSS-CLAIM AGAINST DEFENDANT RARDEN ENTERPRISES, LLC

    The Defendant, RARDIN ENTERPRISES, by and through Counsel, and in response to Defendant Officer Gary Walker's Cross-Claim Against Co-Defendant Rardin Enterprises, LLC, respectfully submits the following:

    1.    The allegations contained in Paragraph 1 of the Cross-Claim are conclusions of law of the Cross-Plaintiff District of Columbia and its counsel and therefore require no answer. If an answer is required, the allegations are denied.

    2.    The allegations contained in Paragraph 2 of the Cross-Claim are admitted.

    3.    The allegations contained in Paragraph 3 of the Cross-Claim are denied and therefore demand strict proof thereof.

    4.    The allegations contained in Paragraph 4 of the Cross-Claim are conclusions of law of the Cross-Plaintiff District of Columbia and its counsel and therefore require no answer. If an answer is required, the allegations are denied.

    ANY allegations not specifically admitted are hereby denied.

    This Cross-Defendant may rely upon all defenses provided by Code 42 USC 1983. Further, the Cross-Defendant's maintain that the Cross-Plaintiff's have failed to state a cause of action, that the present Complaint is insufficient, as a matter of law, to state a claim for relief under 42 USC 1983, and that the Cross-Plaintiff's have failed to exhaust their state and/or

procedural remedies. The Cross-Defendant's also intend to assert the following defenses: Improperly named parties, inapplicability of Respondeat Superior, lack of jurisdiction, limitations of actions, Plaintiffs' sole and/or contributory negligence, action of a Third Party, Failure to Mitigate Damages, good faith, lack of tangible right or privilege and all other affirmative defenses that may arise during the course of discovery in this matter.

WHEREOFRE, having fully answered the Defendant/Cross-Defendant RARDIN ENTERPRISES, LLC, prays that this cause of action be dismissed as against it and its costs on its behalf expended.

Respectfully submitted,

RARDIN ENTERPRISES
By Counsel

/s/
_____
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid, on this __11th__ day of _____September_____, 2006, to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, NW, #440
Washington, DC 20015
Counsel for Plaintiff


                                                  /s/
                                                  Thomas E. Dempsey