UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE WALKER | * | |
| Plaintiff, | * | |
| | * | Case No.:  1:05cv02213 |
| v. | | Judge: RB Walton |
| RARDIN ENTERPRISES, LLC, et al. | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:
Please enter the appearance as counsel in this case for RARDIN ENTERPRISES, LLC,:

**Christopher R. Costabile DC # 406620**
**S. Vanessa von Struensee DC # 476320**
**10555 Main Street, Suite 400**
**Fairfax, Virginia  22030**

Respectfully submitted,

RARDIN ENTERPRISES, LLC
By Counsel

_____/s/ S. Vanessa von Struensee_____
Christopher R. Costabile DC # 406620
S. Vanessa von Struensee DC # 476320
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant and Cross-Defendant Rardin Enterprises, LLC

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing on this _____8th_____ day of December 2006, to:

    Mr. Sherman Robinson, Esquire
    5335 Wisconsin Avenue, NW, #440
    Washington, DC 20015
    Counsel for Plaintiff

    Dana K. Delorenzo, Esquire
    Assistant Attorney General
    441 4th Street, N.W.  600 S
    Washington, D.C.  20001
    Counsel for the District of Columbia


                  /s/ S. Vanessa von Struensee
                  S. Vanessa von Struensee