**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIE WALKER | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:05cv02213 |
| | Judge: RB Walton |
| RARDIN ENTERPRISES, LLC, et al. | Expedited Relief Requested |
| | * |
| Defendants. | * |

### RARDIN ENTERPRISES, LLC'S , MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO DOCUMENT PRODUCTION'S REQUEST

Pursuant to Fed. R. Civ. P. 37(a), RARDIN ENTERPRISES, LLC moves this Court to issue an order compelling Plaintiff Willie Walker to serve upon the Defendant full and complete answers to the Defendant's RARDIN ENTERPRISES, LLC's Interrogatories and Defendant's RARDIN ENTERPRISES, LLC's Request for Production of Documents. RARDIN ENTERPRISES, LLC requests expedited treatment of this motion because discovery closes on January 15, 2007. The interrogatories were served on Plaintiff on January 5, 2006. Plaintiff has never responded to these interrogatories nor to the document production requests. Good faith efforts were made on December 11, 2006 to get this discovery from Plaintiff. Counsel for Plaintiff mistakenly represented that this discovery has been provided, but he presumably is thinking of discovery that he provided to Co-Defendants, the District of Columbia Office of the Attorney General. The District of Columbia Office of the Attorney General attorney confirmed with the undersigned that

they also never received any copies of Plaintiff's discovery responsive to the interrogatories and document production requests to Rardin Enterprises, and that is because nothing was ever provided by Plaintiff.

Plaintiff alleges that he entered Rardin's Enterprises' store and used the bathroom. Upon exiting the bathroom, the plaintiff alleges that he was threatened by Ms. Cash, an employee of Rardin. Ms. Cash, who was sweeping the floor, allegedly had a broom and called the police. Police arrived and prohibited the Plaintiff from coming back to establishment. The Plaintiff has alleged against Rardin Enterprises Count I assault, and Count II False Imprisonment, and has asked for compensatory and punitive damages. There are no medicals or lost wage evidence produced by Plaintiff to date.

For the reasons stated in the accompanying memorandum, the Court should issue an Order compelling the Plaintiff to give full and complete answers and responses within ten days. to Rardin Enterprises.

The Defendant Rardin Enterprises requests expedited treatment under Local Rule 14(m).

DATED: December 15, 2006

                RARDIN ENTERPRISES, LLC
                By Counsel

                 /s/ S. Vanessa von Struensee
               Christopher R. Costabile DC # 406620
               S. Vanessa von Struensee DC # 476320
               10555 Main Street, Suite 400

Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant and Cross-Defendant
Rardin Enterprises, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing on this ____15th____ day of December 2006, to:

Mr. Sherman Robinson, Esquire
5335 Wisconsin Avenue, NW, #440
Washington, DC 20015
Counsel for Plaintiff

Dana K. Delorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.  600 S
Washington, D.C.  20001
Counsel for the District of Columbia


/s/ S. Vanessa von Struensee
S. Vanessa von Struensee

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE WALKER | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05cv02213<br>Judge: RB Walton<br>Expedited Relief Requested |
| RARDIN ENTERPRISES, LLC, et al. | * | |
| Defendants. | * | |
| | * | |

## PROPOSED ORDER GRANTING MOTION TO COMPEL

On December 15, 2006, Counsel for Rardin Enterprises filed a motion to compel Plaintiff to produce documents and things and answers as requested by Rardin Enterprises document requests and to answer Rardin Enterprises' interrogatories to Plaintiff.

IT IS HEREBY ORDERED that the motion to compel is GRANTED. Plaintiff shall produce such information within 10 days from the date of this Order.

ORDERED:

_____
R.B. Walton

Dated:


Cc:
    Mr. Sherman Robinson, Esquire
    5335 Wisconsin Avenue, NW, #440
    Washington, DC 20015
    Counsel for Plaintiff

Dana K. Delorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.  600 S
Washington, D.C.  20001
Counsel for the District of Columbia

Christopher R. Costabile DC # 406620
S. Vanessa von Struensee DC # 476320
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant and Cross-Defendant Rardin Enterprises, LLC