UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER, )<br>)<br>      **Plaintiff,** )<br>)<br>    v. )<br>)<br>RARDEN ENTERPRISES, LLC )<br>8955 HENCKELS LANE # 503 )<br>ANNAPOLIS JUNCTION, MD 20701, )<br>)<br>      **et al.,** )<br>)<br>      **Defendants.** )<br>_____) | Civil Action No. 05cv2213 (RBW)<br>Next Court Deadline: 2/20/7 |

### NOTICE OF WITHDRAWAL OF DEFENDANT RARDEN ENTERPRISES' MOTION TO COMPEL PLAINTIFF TO ANSWER INTERROGATORIES AND RESPOND TO DOCUMENT PRODUCTION REQUESTS

Rardin Enterprises. and Plaintiff's Counsel have resolved the discovery dispute that was the subject of Rardin's motion to compel. That motion is therefore withdrawn.

Respectfully submitted,

*/s/ S. Vanessa von Struensee /s/*
S. Vanessa von Struensee, Esq.
DC 476320
Liberty Mutual Group
10555 Main Street
Suite 400
Fairfax, VA 22030
703-273-2777
Susan..Vonstruensee@libertymutual.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by email on this January 2, 2007, to:

DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

Sherman Robinson, Esq.
5335 Wisconsin Avenue, NW #440
Washington, DC 20015
Sherman67@comcast.net

        /s/ S. Vanessa von Struensee, Esq. /s/
        S. Vanessa von Struensee, Esq.