UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE WALKER,** )<br>          )<br>          **Plaintiff,** )<br>          )<br>     v.   )<br>          )<br>**RARDEN ENTERPRISES, LLC** )<br>**8955 HENCKELS LANE # 503** )<br>**ANNAPOLIS JUNCTION, MD 20701,** )<br>          )<br>          **et al.,** )<br>          )<br>          **Defendants.** )<br>_____ ) | Civil Action No. 05cv2213 (RBW) |

## PRAECIPE OF DISMISSAL

The Clerk of the Court will please note:

That all claims in this action, including any cross-claims, are hereby dismissed with prejudice.

                                                                            Respectfully submitted,

                                                                            _____/s/_____
                                                                            Sherman Robinson, Esq.
                                                                            5335 Wisconsin Avenue, NW #440
                                                                            Washington, DC 20015
                                                                            *Counsel for the plaintiff*

                                                                            _____/s/_____
                                                                            S. Vanessa von Struensee
                                                                            Liberty Mutual Group
                                                                            10555 Main Street
                                                                            Suite 400
                                                                            Fairfax, VA 22030
                                                                            *Counsel for Rarden Enterprises*

                                                                            LINDA SINGER
                                                                            Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468456
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov
*Counsel for the District of Columbia,
Officers Paige and Walker*